SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

STEPHEN A. HOUZE, Bar No. 72126
Attorney at Law
1211 S.W. Fifth Avenue
Portland, OR 97204
Telephone: 503.299.6426
Facsimile: 503.299.6428

Attorney for Defendant, PETER JOHN FRANCIS McMANUS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NUMBER:** CR-F-04-5203 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON THE REPORT OF THE PROBATION OFFICER |
| v. | ) | |
| PETER JOHN FRANCIS McMANUS, | ) | Date: Monday, February 13, 2005 |
| Defendant. | ) | Time: 3:00 p.m.<br>Court: Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the sentencing currently scheduled for Monday, February 13, 2006 at 3:00 p.m., be continued to Monday, May 15, 2006 at 3:00 p.m.

Respectfully submitted,

DATED: February 9, 2006            /s/ Salvatore Sciandra
                                   SALVATORE SCIANDRA
                                   Attorney for Defendant,
                                   PETER JOHN FRANCIS MCMANUS

/ / /

/ / /

/ / /

/ / /

/ / /

DATED: February 9, 2006      /s/   Marianne Pansa
                             MARIANNE PANSA
                             Assistant United States Attorney

                             This was agreed to with Ms. Pansa via telephone on 2/8/06.

/ / /

/ / /

**ORDER**

    IT IS SO ORDERED.


DATED:   February 10, 2006     /s/ OLIVER W. WANGER
                               HONORABLE OLIVER W. WANGER
                               U.S. DISTRICT COURT JUDGE