SALVATORE SCIANDRA, Bar No. 58256
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

STEPHEN A. HOUZE, Bar No. 72126
Attorney at Law
1211 S.W. Fifth Avenue
Portland, OR 97204
Telephone: 503.299.6426
Facsimile: 503.299.6428

Attorney for Defendant, PETER JOHN FRANCIS McMANUS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: CR-F-04-5203 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR A RESETTING OF THE HEARING ON |
| v. | ) | THE REPORT OF THE PROBATION OFFICER |
| PETER JOHN FRANCIS McMANUS, | ) | Date: Monday, February 13, 2005 |
| Defendant. | ) | Time: 3:00 p.m.<br>Court: Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the sentencing currently scheduled for Monday, May 15, 2006 at 3:00 p.m., be continued to Wednesday, May 17, 2006 at 1:30 p.m.

Respectfully submitted,

DATED: March 8, 2006            /s/   Salvatore Sciandra
                                SALVATORE SCIANDRA
                                Attorney for Defendant,
                                PETER JOHN FRANCIS MCMANUS

/ / /

/ / /

/ / /

1 / / /

2 / / /

3
DATED:  March 8, 2006                    /s/    Marianne Pansa
4                                                              MARIANNE PANSA
                                                                     Assistant United States Attorney
5
                                                                     This was agreed to with Ms. Pansa via
6                                                              telephone on 3/6/06.

7 / / /

8 / / /

9                                                         **ORDER**
IT IS SO ORDERED.
10
**Dated:   March 8, 2006**               **/s/ Oliver W. Wanger**
11 emm0d6                                                UNITED STATES DISTRICT JUDGE