UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:04-cr-5203 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| PETER McMANUS, | ) | PASSPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.:  051986218

Receipt No.:   100-199941
IT IS SO ORDERED.

Dated:   January 23, 2008             /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE